

**ORDERED in the Southern District of Florida on May 17, 2021.**

_____
**Mindy A. Mora, Judge**
**United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | Case No: 21-10700-MAM |
| | Chapter 13 |
| ASHBURN, JEFFREY ALAN | |
| SSN: XXX-XX-7652 | |
| | |
| ASHBURN, TRACY MAE | |
| SSN: XXX-XX-5483 | |
| _____Debtors_____/ | |

**ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON PERSONAL PROPERTY HELD BY PNC BANK, NATIONAL ASSOCIATION**

THIS CASE came to be heard on the court's chapter 13 consent calendar on May 11, 2021 on the *Debtor's Motion to Value and Determine Secured Status of Lien on Personal Property* (ECF#19; the "Motion"). Based upon the debtor's assertions made in support of the Motion, without objection, the Court FINDS as follows:

A. The value of the debtor's personal property (the "Personal Property") more particularly described as follows *(Select only one)*:

    x    Motor vehicle described as follows:

LF-103 (06/14/10)

       Year and Model of motor vehicle: 2017 Volvo S90 T5 - Momentum 4D Sedan FWD
       Vehicle Identification Number (VIN #): YV1102AK4H1007095
       Odometer reading: 67,067

    _____ Personal property other than a motor vehicle described as follows:

is $22,475.00 at the time of the filing of this case. Consequently, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $22,475.00.

3. (Select only one):

  \_\_\_\_ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of scheduled secured claim, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at \_\_\_\_\_% for a total of $_____.

                                         or

   x  Lender filed a proof of claim (claim # 5) in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $249.92, regardless of the original classification in the proof of claim as filed. Lender's secured claim shall be paid through the plan at 5.25% for a total of $25,602.60.

4. The Personal Property may not be sold or refinanced without proper notice and further order of the Court.

5. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

6. Upon notification that the debtor has received a discharge, the creditor shall take all steps necessary to

LF-103 (06/14/10)

release the lien upon the personal property.

###

Prepared/Submitted by:
Brian J. Cohen, Esq.
Florida Bar No.: 142298
The Cohen Law Firm, P.A.
1700 University Drive, Ste. 210
Coral Springs, FL 33071
Phone (954)346-1400
Fax (954)346-0400

*Brian J. Cohen is directed to serve copies of this order on the parties listed on the related motion's certificate of service and file a certificate of service for this order.*